IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 11-2497 |
| | : | |
|     v. | : | |
| | : | |
| HIGHVIEW TRAVEL, LLC et al., | : | |
|     Defendants. | : | |
| | : | |

# ORDER

**AND NOW,** this 25th day of January 2012, upon review of Plaintiff's Motion for Default Judgment [Doc. No. 13] and Defendant's Response in Opposition, and upon review of Defendants' Motion to Vacate Entry of Default [Doc. No. 17], Plaintiff's Response, and Defendant's Reply, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Default Judgment is **DENIED**;

2. Defendant's Motion to Vacate Default is **GRANTED**, as the Court lacks personal jurisdiction over the Defendants;

3. The above captioned case shall be **TRANSFERRED** to the Eastern District of New York.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

                                                                                          **BY THE COURT:**

                                                                                         /s/ Cynthia M. Rufe
                                                                                         **CYNTHIA M. RUFE, J.**